FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 0 3 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HAVIER OLMO,

Plaintiff,

– against –

BRIAN FISCHER, et al.,

Defendants.

**MEMORANDUM
AND ORDER**

10-CV-2887

**JACK B. WEINSTEIN, Senior United States District Judge:**

Plaintiff Havier Olmo moves for an order under Federal Rule of Civil Procedure 26 for the production of documents related to the prosecution of his case.

This request is premature. By order dated December 22, 2010, discovery is stayed pending the resolution of relevant issues by the Court of Appeals for the Second Circuit. *See, e.g., Hardy v. Fischer*, 701 F. Supp. 2d 605 (S.D.N.Y. 2010) (dismissal of class action; case on appeal).

The motion is denied.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: May 19, 2011
      Brooklyn, New York

1